# CAUSE NO. 09-315CCL

| | | |
|---|---|---|
| AUSTIN HELMLE and HARRIET | § | IN THE COUNTY COURT |
| MARMON HELMLE | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | AT LAW |
| | § | |
| THOMAS A. LAURIN, individually, | § | |
| THOMAS A. LAURIN COMPANIES, | § | |
| ELEGANT COUNTRY HOMES, and | § | |
| ELEGANT COUNTRY HOMES, INC. | § | |
| Defendants, | § | KENDALL COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/21/2015 8:27:07 AM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

Plaintiffs Austin Helmle and Harriet Marmon Helmle ("Helmle") files their notice of appeal pursuant to TRAP 25. Plaintiffs desire to appeal the Judgment signed by the Honorable Bill Palmer on February 2, 2015, to the 4th Court of Appeals in San Antonio.

Respectfully submitted,

Stephan B. Rogers
State Bar No. 17186350
Ross S. Elliott
State Bar No. 24080685
ROGERS & MOORE, PLLC
309 Water Street, Suite 114
Boerne, TX 78006
(830) 816-5487
Fax: (866) 786-4777
*steve@rogersmoorelaw.com*
*ross@rogersmoorelaw.com*

Attorneys for Plaintiffs

NOTICE OF APPEAL                                                    Page 1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served on the following by fax or e-mail on __4__ day of May, 2015.

Robert P. Wilson
P.O. Box 690727
San Antonio, Texas 78269
210-218-1649 phone
Attorney for Defendants

_Ross Elliott_

Ross S. Elliott